1 | Jordan L. Lurie (130013)
2 | Zev B. Zysman (176805)
  | WEISS & LURIE
3 | 10940 Wilshire Boulevard, 23rd Floor
  | Los Angeles, CA 90024
4 | Tel:   (310) 208-2800
  | Fax:  (310) 209-2348

5 | Patrice Bishop (182256)
  | STULL, STULL & BRODY
6 | 10940 Wilshire Boulevard
  | Suite 2350
7 | Los Angeles, CA  90024
  | Tel:   (310) 209-2468
8 | Fax:  (310) 209-2087

9 | Brian Murray
  | MURRAY, FRANK & SAILER LLP
10 | 275 Madison Avenue, 34th Floor
   | New York, NY 10016
11 | Tel:   (212) 682-1818
   | Fax:  (212) 682-1892
12 |
   | *Lead Counsel for the Class*

ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U S DISTRICT COURT

DEC - 5 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority Send

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re IRVINE SENSORS CORP. SECURITIES LITIGATION | Master File No. SA 02-00159 ~~GLT~~ (MLGx) |
| | CLASS ACTION |
| _____ | [~~PROPOSED~~] ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND |
| This Document Relates To: | |
| All Actions. | Date:  None<br>Time:  None<br>Ctrm:  10D |
| _____ | |

DOCKETED ON CM

DEC - 6 2005

BY _____ 039

Upon the application (the "Application") of plaintiffs' Lead Counsel for an

Order authorizing distribution of the Net Settlement Fund (as defined in the

Application), and after considering plaintiffs' memorandum in support thereof, and

cc: Fiscal

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND
CASE NO. SA 02-00159 GLT (MLGx)

95

1    the declarations of Zev B. Zysman and Michael Rosenbaum, together with the

2    exhibits to said declarations, and good cause appearing, IT IS HEREBY ORDERED

3    AS FOLLOWS:

4         1.      This Order incorporates by reference the definitions in the Stipulation of

5    Settlement ("Stipulation").

6         2.      The Court approves of the acceptance of the 304 late claims referenced

7    in ¶ 9(a) of the Declaration of Michael Rosenbaum, filed in support of plaintiffs'

8    "Application for an Order Authorizing Disbursement of Net Settlement Fund."

9         3.      The Court approves payment to the Claims Administrator, Berdon

10   Claims Administration LLC, in the amount of $195,868.43, which is to be paid from

11   the Settlement Fund.

12        4.      The Court approves payment in the amount of $8,591.72 for the

13   payment of expert fees and expenses, to be paid from the Settlement Fund.

14        5.      At the direction of plaintiffs' Lead Counsel for the Settlement Class, the

15   balance of the Net Settlement Fund, less any necessary amounts to be withheld for

16   payment of potential tax liabilities and related fees and expenses, shall be distributed

17   on a *pro rata* basis to the Authorized Claimants, as identified in Exhibit C

18   ("SUMMARY LOSS CALCULATIONS FOR GOOD CLAIMS ONLY") to the

19   Declaration of Michael Rosenbaum.

20        6.      This Order finally and forever bars any Person from hereafter asserting

21   any rejected or subsequently filed claims.

22   //

23   //

24

25

26

27

28

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND
CASE NO SA 02-00159 GLT (MLGx)                                         2

1     7.    The Representative Plaintiff, plaintiffs' counsel, the Claims

2 Administrator, and each of their agents, shall be discharged of all further

3 responsibility for the Settlement Fund and for the Litigation upon compliance with

4 this Order.

5

6 Date:   12/5/05

7                            Honorable Gary L. Taylor   **CORMAC J. CARNEY**
                           United States District Judge

8

9

10 Respectfully submitted,

11 Dated: November 30, 2005

12                            Jordan L. Lurie
                           Zev B. Zysman
13                            WEISS & LURIE

14     By:

15                            Zev B. Zysman
                           10940 Wilshire Boulevard, 23rd Floor
16                            Los Angeles, CA 90024
                           Tel:  (310) 208-2800
17                            Fax:  (310) 209-2348

18                            Patrice Bishop
                           STULL STULL & BRODY
19                            10940 Wilshire Boulevard, Suite 2350
                           Los Angeles, CA 90024
20                            Tel:  (310) 209-2468
                           Fax:  (310) 209-2087
21
                           Brian Murray
22                            MURRAY, FRANK & SAILER LLP
                           275 Madison Avenue, 34th Floor
23                            New York, NY 10016
                           Tel:  (212) 682-1818
24                            Fax:  (212) 682-1892

25                            *Co-Lead Counsel for the Class*

26

27

28

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND
CASE NO SA 02-00159 GLT (MLGx)    3